# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

GREGORY GREEN                                     PLAINTIFF

v.                      No. 4:18-cv-857-DPM

DILLARD'S, INC.                                   DEFENDANT

## ORDER

The motion, № 5, is granted as specified. The parties made an agreement, valid under Arkansas law, to arbitrate all legal claims on an individual basis. The discrimination claims made are embraced by their agreement. That's sufficient, under the precedent argued, to move this case to the alternative forum. *Lyster v. Ryan's Family Steak Houses, Inc.*, 239 F.3d 943, 945 (8th Cir. 2001). Defendant has not argued that the parties put the arbitrability question in the arbitrator's hands. *Compare Rent-A-Center, West, Inc. v. Jackson*, 561 U.S. 63, 67–70 (2010); *Henry Schein, Inc. v. Archer and White Sales, Inc.*, № 17-1272, slip op. at 1, 4 & 8 (2019). The Court therefore refers the parties' dispute to arbitration. This case is stayed and administratively terminated. *Green v. SuperShuttle International, Inc.*, 653 F.3d 766, 769–70 (8th Cir. 2011). Any party may move, in due course, to reopen and enforce any arbitral decision. 9 U.S.C. § 3. If no party requests action before 17 January 2020, the Court will lift the stay and dismiss this case without prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 January 2019