# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

GREGORY GREEN                                    PLAINTIFF

v.                    No. 4:18-cv-857-DPM

DILLARD'S, INC.                                  DEFENDANT

## JUDGMENT

Green's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2020